**Dismissed and Memorandum Opinion filed May 20, 2014.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-14-00373-CR

---

### JAMES WOLF, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1356156**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to aggravated assault of a family member and a plea of true to the first enhancement paragraph in the indictment. In accordance with the terms of a plea bargain agreement with the State, the second enhancement paragraph was abandoned and the trial court sentenced appellant on August 3, 2012, to confinement for twelve years in the Institutional Division of the Texas Department of Criminal Justice. No motion for new trial was filed. Appellant filed a pro se notice of appeal on May 5, 2014.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal which complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

In addition, the trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Busby, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).